| | |
|---|---|
| STEVEN ERIC GOULD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-1981-JAM-EFB P<br><br>FINDINGS AND RECOMMENDATIONS |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in an action brought under 42 U.S.C. § 1983. On February 12, 2020, the court determined that plaintiff's complaint had alleged, for screening purposes, a viable Eighth Amendment deliberate indifference claim against defendant Smith, but had not alleged any viable claims against defendants Travino or CDCR. ECF No. 21. The court informed plaintiff he could proceed with the claim against defendant Smith or file an amended complaint within 30 days. *Id.* Plaintiff has elected to proceed only with the claim against defendant Smith. *See* ECF No. 22.

/////

/////

/////

1

Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's claims against defendants Travino and CDCR be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 10, 2020.

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE