Thomas R. Bradford, Esq., Bar No.: 110230
TBradford@PBBLLP.com
Ryan A. Graham, Esq., Bar No.: 310186
rgraham@pbbllp.com
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Attorneys for Defendant, EVELYN RENEE SMITH, M.D.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ERIC GOULD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:18-CV-01981-JAM-EFB<br>Hon. John A. Mendez (Dist. J.)<br>Hon. Edmund F. Brennan (Mag. J.)<br><br>**[Proposed]** Order ~~Granting~~ **Denying** Motion for Expedited Discovery<br><br>Date:<br>Time:<br>Dept:<br><br>Complaint Filed: May 20, 2019<br>FAC Filed: May 20, 2019<br>Discovery Cutoff: TBD<br>Trial: TBD |

**PLEASE TAKE NOTICE:**

The Court has considered the motion for expedited discovery filed by Defendant Evelyn Renee Smith, M.D. ("Dr. Smith"). Based on the Court's review of the motion, the Court makes the following findings:

1. Dr. Smith has filed a motion to dismiss the first amended complaint in its entirety without leave to amend.
2. Thus, Dr. Smith has not shown good cause to proceed with written discovery under Rule 33, 34, 36, and 45.
3. And Dr. Smith has not shown good cause to proceed with Rule 26

disclosures.

4. If and when defendant files an answer to the first amended complaint, the court will issue a discovery and scheduling order setting deadlines for the completion of discovery and the filing of dispositive motions.

~~Based on such findings, the Court makes the following orders:~~

~~1. The parties, including both Dr. Smith and Plaintiff Steven Eric Gould, may proceed with discovery under Rule 33, 34, 36, and 45.~~

~~2. The scope of this order permits the parties to take non-party depositions, but party deposition remain subject to present discovery stay, until ordered otherwise.~~

IT IS SO ORDERED

DATED: July 21, 2020.

_____
Hon. Edmund F. Brennan
Chief Magistrate Judge