UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ERIC GOULD,<br><br>            Plaintiff,<br><br>     v.<br><br>RENEE SMITH[1],<br><br>            Defendant. | Case No.  2:18-cv-01981-JAM-JDP (PC)<br><br>ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING AS MOOT PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF Nos. 50, 51 |

Plaintiff has filed a motion for extension of time to file and serve an opposition to defendant's March 8, 2021 motion for summary judgment. ECF No. 51. However, review of defendant's motion for summary judgment shows that defendant did not provide plaintiff with the proper notice of the requirements—including those imposed by the court's local rules—for opposing a summary judgment motion. *See Rand v. Rowland*, 154 F.3d 952, 962-63 (9th Cir. 1998); *Woods v. Carey*, 684 F.3d 934, 936 (9th Cir. 2012) ("[T]he only satisfactory practice to ensure that prisoners receive adequate notice pursuant to *Rand* and *Wyatt* is to provide such notice at the time that the relevant motions are filed.").

---

[1] This action proceeds on the second amended complaint's Eighth Amendment claim against defendant Renee Smith.  *See* ECF Nos. 34, 40.  Accordingly, the Clerk of the Court is directed to amend the case name to *Gould v. Smith*, 2:18-cv-1981-JAM-JDP.

Accordingly, it is hereby ORDERED that:

1. Defendant's motion for summary judgment, ECF No. 50, is denied without prejudice.

2. Within fourteen days of this order, defendant shall refile her motion for summary judgment, which shall include the appropriate *Rand* notice.

3. Plaintiff's motion for an extension of time, ECF No. 51, is denied as moot.

4. The Clerk of the Court is directed to amend the case name to *Gould v. Smith*, 2:18-cv-1981-JAM-JDP.

IT IS SO ORDERED.

Dated:   April 5, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE